UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


MT. HAWLEY INSURANCE COMPANY                    CIVIL ACTION

v.                                              NO. 20-3148

SIKA INVESTMENTS, LLC                           SECTION "F"


ORDER

Before the Court is Sika Investments, LLC's motion to abstain and dismiss in which Sika requests that the Court abstain from hearing and dismiss this declaratory judgment action (filed by Mt. Hawley) in favor of the first-filed state court action (filed by Sika) in which Mt. Hawley is a defendant.  The motion is contested and set for hearing on March 17, 2021.  Because the first-filed state court action was recently removed (for a second time) to this Court -- this time by Mt. Hawley -- Mt. Hawley points out that there is no parallel lawsuit pending in state court, that this lawsuit poses no risk of gratuitous interference with any state court litigation, and, therefore, the Court should deny Sika's motion to abstain.

The Court agrees that Sika's motion to abstain in deference to parallel state-court litigation was rendered moot upon Mt. Hawley's removal of that state-court matter to this Court. Accordingly, IT IS ORDERED: that Sika's motion to abstain and dismiss is hereby DENIED as moot, but without prejudice to be re-urged should Civil Action Number 21-404 be remanded to state court (for a second time).[1]

New Orleans, Louisiana, March 17, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] On November 17, 2020, upon the consent of the removing defendant (a diverse party that initially claimed it and other non-diverse defendants were improperly joined to defeat diversity), the Court granted the plaintiff's (Sika's) motion to remand Civil Action Number 20-2074. Prior to remand, Mt. Hawley had intervened as a plaintiff in 20-2074. After 20-2074 was remanded, Mt. Hawley filed this declaratory judgment action and, thereafter, in the remanded state court litigation, Sika apparently added Mt. Hawley as a defendant, which then removed that previously-remanded 20-2074 to this Court, which assigned Civil Action Number 21-404.